

**ORDERED in the Southern District of Florida on January 21, 2011.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  
JULIE H. BOLT  
XXX-XX-3868

Case No. 10-29672-RBR  
Chapter 13

Debtor(s).  
_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBERS 3, 4, 9, 10 & 17

THIS CAUSE having come before the court on January 20, 2011 for a hearing on the Attorney for Debtor's Objection to Claim Numbers 3, 4, 9, 10 & 17. Based upon the record, it is **ORDERED** as follows:

1.  Debtor's Objection to Claim of Citimortgage Inc., Claim Number __3__ is sustained and the claim is therefore stricken and creditor should not receive any distribution in the chapter 13 plan or from the chapter 13 trustee; and

2.  Debtor's Objection to Claim of Citimortgage Inc., Claim Number __4__ is sustained and the claim is therefore stricken and creditor should not receive any distribution in the chapter 13 plan or from the chapter 13 trustee; and

3. Debtor's Objection to Claim of GMAC Mortgage LLC, Claim Number __9__ is sustained in part, and the claim is allowed as a secured claim but stricken for plan confirmation purposes only and creditor should not receive any distribution in the chapter 13 plan or from the chapter 13 trustee; and

4. Debtor's Objection to Claim of Candica LLC, Claim Number __10__ is sustained and the claim is therefore stricken and disallowed; and

5. Debtor's Objection to Claim of Specialized Loan Servicing LLC, Claim Number __17__ is sustained and the claim is therefore stricken and creditor should not receive any distribution in the chapter 13 plan or from the chapter 13 trustee.

###

Submitted by:
Christian J. Olson, Esq.
Law Offices of Simonson & Olson, P.A.
4901 NW 17th Way, Suite 503
Fort Lauderdale, FL 33309
(954) 492-1013

Copies furnished to:
Debtors' Attorney Olson is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt.